UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
**CHARLOTTE** DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:12cr 187-FDW |
| | ) | |
| v. | ) | **ORDER SEALING** |
| | ) | **INDICTMENT** |
| (1) **RUDOLPH VALENTINO JONES, et al** | ) | |

FILED
CHARLOTTE, NC
MAY 16 2012
US DISTRICT COURT
WESTERN DISTRICT OF NC

UPON MOTION of the United States of America, by and through **Jill W. Rose**, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment, Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Indictment, Motion to Seal and this Order, be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 16 day of **May, 2012**

_____
UNITED STATES MAGISTRATE JUDGE