

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | DOCKET NO. 3:12CR187-FDW |
| | ) | |
| v. | ) | **MOTION TO SEAL** |
| | ) | **INDICTMENT** |
| (1) RUDOLPH VALENTINO JONES, et al | ) | |

NOW COMES the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, who moves this Court for an Order directing that the Indictment, this Motion and any order issued pursuant to this be sealed immediately, and that same remain sealed until further order of this Court.

Respectfully submitted, on this day of May 16, 2012.

**ANNE M. TOMPKINS**
UNITED STATES ATTORNEY

//s// **JILL W. ROSE**
ASSISTANT UNITED STATES ATTORNEY
**North Carolina** Bar Number **17654**
Attorney for the Plaintiff
227 West Trade Street, Suite 1650
Charlotte, NC 28202
Direct Line: **704-344-6222**
Fax: **704-227-0197**
Email : Jill.Rose@usdoj.gove